**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| HOMESITE INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-199 |
| | ) | |
| | ) | |
| PATRICK STAPLETON, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated June 20, 2014.

Based on a de novo review of the evidence in this case, having reviewed the Report and Recommendation and the objections thereto, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge, and it is hereby

ORDERED that default judgment is entered against Defendant Patrick Stapleton and Mikal Stapleton declaring that, pursuant to Homeowners Policy No. 32039274, plaintiff is not obligated to (1) defend or indemnify defendant Patrick Stapleton with regard to the shooting incident of June 5, 2013, or (2) pay any sum that defendant Patrick Stapleton may become legally obligated to pay arising from the shooting incident of June 5, 2013.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 3, 2014